IN THE MATTER OF THE TENURE HEARING OF ORAZIO
TANELLI, SCHOOL DISTRICT OF THE TOWN OF
MONTCLAIR, ESSEX COUNTY.

November 7, 1984.

Petition for certification denied. (See 194 *N.J.Super.* 492)


HEUER, INC. v. STATE OF NEW JERSEY, ACTING BY AND
THROUGH THE DEPARTMENT OF TRANSPORTATION.

November 7, 1984.

Petition for certification denied.


PACKARD–BAMBERGER & CO., INC. v. TOWNSHIP
OF WEST CALDWELL.

November 7, 1984.

Petition for certification denied.